# EXHIBIT A

# IDS
## INTERNATIONAL DEPOSITORY SERVICES OF DELAWARE

# Itemized Inventory Report

PRINT DATE: 02/28/19

ACCOUNT NAME: JOHN MATHYS
ACCOUNT OWNER: JOHN MATHYS
ACCOUNT NUMBER: I0580

PAGE: 1 of 1
PERIOD COVERED: 02/28/19

## FUNGIBLE GOLD BULLION

| Prod Code | Prod Description | Brand | Serial Number | Quantity | GTO | Fineness | FTO |
|---|---|---|---|---|---|---|---|
| GB1PAWC | 1 OZ GOLD PAMP BAR WITH CERT | PAMP | | 1 | 1.00 | 0.99990 | 1.00 |
| GEA1 | 1 OZ GOLD AMERICAN EAGLE ANY YEAR | | | 2 | 2.00 | 0.91670 | 2.00 |
| GEAT | 0.10 OZ GOLD AMERICAN EAGLE ANY YEAR | | | 14 | 1.40 | 0.91670 | 1.40 |
| GML1 | 1 OZ GOLD CANADIAN MAPLE LEAF .9999 | | | 2 | 2.00 | 0.99990 | 2.00 |
| GMLQBISON | 0.25 OZ GOLD CANADIAN BISON | | | 40 | 10.00 | 0.99990 | 10.00 |

**TOTAL GOLD**     59    16.40       16.40

## FUNGIBLE SILVER BULLION

| Prod Code | Prod Description | Brand | Serial Number | Quantity | GTO | Fineness | FTO |
|---|---|---|---|---|---|---|---|
| SANF5BIW | 5 OZ SILVER NATIONAL PARK BLOCK ISLAND WILDLIFE 2018 | ATB | | 5 | 25.00 | 0.99900 | 25.00 |
| SB1MORG | 1 OZ SILVER BULLION MORGAN BAR .999 | | | 1 | 1.00 | 0.99990 | 1.00 |
| SML1 | 1 OZ SILVER CANADIAN MAPLE LEAF | CANADA | | 48 | 48.00 | 0.99990 | 48.00 |
| SML1.25BISON | 1.25 OZ SILVER CANADIAN BISON | | | 60 | 75.00 | 0.99990 | 75.00 |

**TOTAL SILVER**     114    149.00       149.00

*(handwritten: 59 / 173)*

---

International Depository Services of Delaware

406 W. Basin Rd
New Castle, DE 19720

Tel: 888.322.6150
Fax: 302.322.6870

E-Mail: info@ids-delaware.com
Web: www.ids-delaware.com