# EXHIBIT D

September 25, 2019

Dear John:

It was a pleasure speaking with you this afternoon. Attached, I have included Gold and Silver education guide along with my client quarterly report. Our core value plainly stated, is to help individuals avoid crisis times in the markets and economy by having their savings, timely placed, in hard currency – precious metals, safe in a vault at your home or private vault before this crisis truly begins as history completely indicates it will later this year.

## What is a Self-Directed IRA

A Self-Directed IRA is a retirement account that puts you in control of your IRA Investment. This is a tax-free, penalty-free event by transitioning out of your current account into a cash position rather than fully vested in Equities, Mutual Funds and Bonds. Unlike most retirement accounts whose investments are chosen by a computer or trading system, you choose what to invest in a self-directed IRA. This allows you to diversify your retirement portfolio's investment and potentially maximize returns. When we speak of retirement accounts and protecting them, we can choose a 'self-directed' IRA custodian and the conversation about precious metals can always happen but after understanding this crucial benefit to insulating one's savings from trouble.

I know we would like to believe at all crisis times, the government or something is there to restore us to being whole again.

Call me when you get the application and I can walk you through it.

**David Wolan**
**Senior Director**
The Hartford Gold Group
11900 W. Olympic Blvd 7th Floor
Los Angeles, CA 90064
Direct: (424) 320-2907
Email: Dwolan@hgoldgroup.com





Throughout history, civilizations have stored value in precious metals. This almost-universal recognition of value makes gold, silver and other precious metals a great long-term investment. Investing in precious metals provides protection against factors that range from inflation to civil unrest.

## Why Invest in Precious Metals?

Precious metals investing is attractive to investors for a number of reasons. The types of precious metals that are most popular include gold, silver, platinum and palladium. Gold has the benefit of being a durable metal that has, historically, kept its appeal. Investors in the precious metals market go back and forth on silver, alternately valuing it as a store of value and a metal with tangible industrial uses. For this reason, its value is more volatile than gold's. However, because silver is lower in price, it is easier for the beginning investor to get started.

When investments such as bonds, real estate and the stock market go down, people flock to precious metals because these investments tend to increase in value in times of turmoil. If you have invested during times of certainty, you can make a profit by selling some of your investment when prices go up.

Political crises and wars also cause investors to seek the stability of gold. Physical metals are particularly attractive in these situations, since they are valuable items that you can keep in your own possession for greater security.

The safest portfolio is one that is well-diversified. By having investments in precious metals, stocks, bonds, and cash, you can garner profits while protecting yourself from losses.

## Identify Your Investment Goals

If you don't know what goals you are building toward, it is impossible to identify the types of investments that will help you achieve them. Do you want to build wealth? Establish a portfolio that will yield passive earnings? Are you saving funds for events that will happen five years from now, or 30? How much will you need?

Some investment goals are short-term, while others are medium or long-term goals. Short-term investment vehicles should be safer and less volatile so that you will have your funds when you need them. However, this can lead to lower returns. With a longer investment horizon, you can take more risks in pursuit of higher rewards. The longer span of time means you can ride out downturns.

How you will allocate your assets depends on where your goals fall on the spectrum. Precious metals investing should only be part of your portfolio. You need a mix of investment types to protect yourself from market volatility. Investing in gold and investing in silver can be smart actions for any investor as long as you diversify for a stronger portfolio over all.

## How to Invest in Precious Metals

The best precious metals to invest in if you want to protect your wealth is to buy gold or silver in *physical form*. These precious metals are most commonly sold in bars, rounds and coins. We offer a wide selection of gold and silver coins, as well as options for starting a gold IRA.



Precious metals are naturally occurring metals that are relatively rare and more difficult to find than other types of metals. The rarity of precious metals has traditionally given them a high economic value throughout history. Today, precious metals are still valued for their use as investments, art, jewelry, and commodities.

# Types of Precious Metals

**Here is a list of precious metals:**



GOLD     SILVER     PLATINUM     PALLADIUM

**Gold**—Gold is probably the best known of the precious metals, and has been revered as a metal of high value and a standard form of currency throughout human history. It has also been used in decoration. Gold exists mostly underground, and is being mined at a rate faster than it can be replaced, making it a metal in high demand. The shiny yellow metal is used in a variety of industries today, from jewelry to electronics to medicine, to engineering.

**Silver**—While gold has traditionally been valued much higher than silver due to its high luster and malleability, silver is a valued metal because of its use in various industries and its similar beautiful properties. Like gold, silver has been used throughout human history as currency and as decoration, and is used in some of the same industries today that use gold, such as electronics and technology.

**Palladium**—Palladium is a very rare metal, indeed. It was only discovered in 1803, so it doesn't have a use going back through human history as do gold and silver. It main uses are industrial, particularly in the automotive industry, where it is used in building catalytic converters. It is also used in medicine and electronics.

**Platinum**—Platinum is one of the most valuable of metals because it is so rare. So difficult is it to find that only a few hundred tons of it are mined annually. Its first known use was among pre-Columbian South Americans in the 16th century, when they used it for making jewelry. Today, platinum is used in the automotive, electronic, medical, and jewelry industries. It is highly resistant to corrosion, which makes it not only a precious metal, but a noble metal, as well.

# Precious Metals Investing

Precious metals have such value in so many different industries that they are traded regularly on the world's commodities markets. People in every country have a need for precious metals, and precious metals prices are constantly changing due to supply and demand.

Precious metals can be purchased by individuals as investments. This is usually done using a broker or a mint. Precious metals can be purchased in a wide array of forms, such as ETF funds, mutual funds, stocks, and in physical form. Those who choose to buy precious metals in physical form may buy them as coins, bullion, or bars in many different shapes and sizes, depending on the amount purchased.

When it comes to precious metals, inflation is a common watchword among investors. Buying them now, at their current prices, protects their value against future precious metals inflation, which makes them ideal investment vehicles. This is particularly true of gold, which is currently the most popular investment vehicle for precious metals due to its high value and ready availability.

## How Are Precious Metals Priced?

As previously mentioned, supply and demand play a large part in how precious metals prices are determined. Precious metals prices are always changing because of this. Spot price is key to their pricing. The spot price is the price at which a precious metal can be purchased at a given time and place. It varies throughout the day and from place to place. It is the precious metal's absolute value at that place and time.

This is different from its expected future value, which is part of buying and selling on the futures market. Money can be made by buying precious metals at a low spot price and then selling them again, sometimes on the same day of purchase, at a higher spot price.

## How to Buy Precious Metals

Precious metals investing can be a good way to make fast profits or increase your savings for the future. Which one you want to pursue will depend on your investment goals; are you buying to sell again immediately, or to hold for the long-term?

You can buy and sell small or large amounts of precious metals regularly to make daily money. You can also buy small to medium amounts on a regular basis to hold as part of a retirement account or as a separate retirement account used just for precious metals investing.

The best precious metals to buy are gold and silver, because they are the ones used as currency. Depending on what you are buying, you will either need to talk to a stockbroker (for example, if you are buying stocks, bonds ETFs, or other non-physical versions of the metals), or a precious metals dealer (if you are buying physical precious metals). Proper research of the different methods of precious metals investing will help you discover all the ways you can earn a profit with gold, silver, platinum, and palladium.



When people start looking to broaden their investment patterns for more diversity, bullion coins often come up as an option. Most people have a general idea that bullion coins may likely be made of gold or silver, but what exactly are bullion coins? What is important to know when looking to invest in gold and silver bullion coins?

## What are Bullion Coins?

Bullion coins can be defined as high-grade precious metals coins suitable for investment purposes. Bullion coins are predominantly issued by a government agency, however, there are some cases where coins are produced by private institutions. That said, in almost all cases, the coin is almost completely made of a precious metal (90% purity and above), it has the amount of that metal stamped on the coin based on a standard metric, and it is also stamped by the agency that created the coin. So, for example, a Gold Eagle is crafted by the U.S. mint, authorized by the U.S. government, and has both the weight (1 troy ounce) and the purity, in some cases, included on its surface (see the Gold Buffalo issued by the U.S. mint).

Bullion coins can be bought directly from the government agency or institution that prints the coin, if supplies are available. Most are minted on a limited run, and some run out very quickly. That leaves the secondary market from which to buy gold coins—either coin dealers or private owners. People buy coins for various reasons but the big drivers are investment to profit on changes in precious metal values or for collection. Popular coins include the South African Krugerrand, the Canadian Maple, and the U.S. Gold Eagle coins.



Bullion coins can easily provide hedges for investment risk against areas such as currency or stock trading. When people buy gold and silver, they often do so as a safe harbor. Precious metals can run counter to economic performance, often rising in value when economies go bad. That makes them able to offset stock portfolios based solely on economic growth. People then may choose to sell gold and silver when the stock market begins to rise again.

## Bullion vs. Numismatic Coins

Numismatic simply means collectible. Numismatic coins are rare, old or valuable coins that are worth more than just their melt value because they are collector's items. A gold or silver coin (even platinum and palladium) can be both bullion and numismatic. By their manufactured nature the coins are bullion, but some specific years and types add value on top of the metal spot value of the coin, making them numismatic. Some specific coins can earn substantial premiums above and beyond the metal's bullion value simply due to the fact that the coin issue is extremely hard to find. Additionally, coins in very good or perfect issue condition will often be worth far

more than circulated bullion coins. Finding a protected, rare issue makes a bullion coin unique, which is why collectors will pay a high price to get their hands on it.

To buy gold bullion or silver bullion for numismatic value, one needs to have a very good understanding of the collectable market. Often times, values will vary significantly from year to year. Remember, unlike a bullion price, a collectible coin is only worth what it can be sold for. Many buyers have been burned spending lots of money for a "collectable" and then selling it for far less.

## Buying Bullion Coins

The two main reasons to invest in bullion coins are to hedge against other market investment forces and to start building future returns. Many gold coin purchases are held for a long-term period versus short trading. This is often so that the investment can recover both value and additional mark ups and commissions charged on coins for sale at the retail level. Even mints charge a markup over the spot price value of a new bullion coin. So, some period of wait is needed to let the value appreciate.

Finding good sellers and buying gold coins means taking the time to find good sources. Government mints are always safe, but supply is very limited. Licensed, established dealers like The Hartford Gold Group are other viable choices. There are private sellers and online auction sales, but these are high risk, so these options require great caution.

# PRECEDING EACH OF THE 10 RECESSIONS & STOCK MARKET BUSTS SINCE WWII... *ECONOMIC GROWTH STALLED*

| U.S. HISTORY OF RECESSIONS | | | | | |
|---|---|---|---|---|---|
| 1945 - 1949 - 1953 - 1957 - 1960 - 1970 - 1973 - 1980 - 1990 - 2001 - 2008 - 2019? | | | | | |

*Growth stalling- triggers the recession...*

## THE TRIGGERS LEADING TO ECONOMIC CRISIS

FULL EMPLOYMENT — YIELD CURVE INVERSION — RECESSION & CORRECTION

GROWTH STALLS | RECESSION BEGINS | STOCKS CORRECT

**"I don't have a crystal ball- I have a map" – Paul Stone**

# How Recessions Begin

History shows recessions begin when economic data is strong- but eventually growth stalls. Obviously, recessions occur during a rally – they end the rally, so things have been great for a long time when the recession begins.

<u>This is important</u>

As every recession in our history began, the unemployment number was near or even below 5%. When unemployment is extremely low, like it is now at 3.7%, everyone who can or wants to work is working hence, 'max employment' is reached. 96.3% of all working Americans are working currently. What would happen if we burnt 96.3% of the worlds oil? Exactly.

Here is how the process goes as the boom turns to bust: Companies hire more – make more – sell more = earn more, repeat.

Year after year this is growth. That is economic expansion, the good times. Workers make more product, and then also become spenders of their income back into the economy. Once everyone is working, the ability for the economy to grow is removed, companies can no longer hire and make more-sell more, and workers spending money cant spend more as there are no more workers to higher into spending consumers.

It's terminal for the stock market and economic rally because, there is no more means for growth- we have topped out.

Once there is no more productivity and spending growth there is no more fuel for the rally to live on, hence fear begins to grow and once that takes hold, the Correction starts up. Institutional Investors managing institutional money, not yours, heading for the exits.

1. <u>Your Goal</u>, as an investor, is to buy low and sell high. *By using 70 years of financial history in the U.S. to show you we are at that high once again; the 11th Recession and Correction in our history. 2008 was our 10th Recession and Correction.*

2. <u>Recessions</u>, begin when growing momentum fades due to the economy running out of things it uses to grow. *If we look at history there are some very simple things to realize that have always meant recession is up next.*

3. <u>Banks</u>, used to simply be a vault that stored and secured your money either paper dollars or gold and silver coins. *Today banks are extremely different than how they started. Banks have extended $62,000,000,000,000 ($62 trillion) in debt to corporations around the world. In 2008 this sector of the economy was only $6 trillion.*

Recessions have begun once unemployment reaches 'maximum employment' any number at or below 5%, per the Federal Reserve. Once recession begins Institutional Investors head for long term bonds.

- The Yield Curve, inverts, goes upside down
- The Fed tries to 'juice the economy' to delay Recession by cutting rates, just like they did on July 31, and also did in 1991, 2000, and 2007, all of which were followed by what we are warning you to avoid, Recession within 90 days of the first interest rate cut made *after a long cycle of bull market economy*

If your savings is serious to you and your retirement, then this must become serious to you to protect the gains you've made since the bust of 2008. Keep this very simple, we have already had 10 Recessions and stock market corrections in the last 70 years, this is part of the economic cycle; boom and bust.

Here are the facts supporting you wanting to 'sell high'

FEDERAL RESERVE

# FED CUTS RATE BY A ¼ POINT

July 31, 2019



## What Did the Market Do Every Time the Fed Cut Rates During Recent Economic Expansions?

**A: the latest three rate cuts; 1991, 2000, 2007 resulted in a recession / stock market bust, within 3 months of the first cut.**

(so, cutting rates at the end of a bull market and economic expansion, ended up with the US in recession within 90 days of that cut)

# How recent rate cuts played out

DOTCOM BUST 2000　　　The Fed cut one-half point at the first easing in January 2000, and who knew it was going to be a two-plus year trip from 6.5% on the funds rate down to 1%. Then again, the recession nobody saw coming did commence in March 2000 two months after the first rate cut that caused so much excitement at the time. But the jubilation didn't last too long.

THE GREAT RECESSION 2008　　　Then we had the first rate cut of the subsequent easing cycle coming in at 50 basis points as well in September 2007 (the discount rate was lowered in August) and again, who knew we would end up at zero along with multiple rounds of Quantitative Easing and Operation Twist?

THE SAVINGS & LOAN RECESSION 1991　　　Most will not remember the bust that cost George H. Bush reelection in 1992 but it is important to realize this was the first recession in modern financial times where deficits were endorsed by all and printing money was becoming a the new way to solve social issues we couldn't afford. The Fed cut rates by a full point in 1991, the recession started up two months later.

# If the Fed Cuts Rates Now, It'll Be an Admission That A Recession Is Imminent (Updated July 31, 2019 Fed Rate Cut .25pt)

Fed Chair Jerome Powell has repeatedly insisted that the U.S. economy is in great shape even when there has been a tremendous amount of evidence indicating otherwise. And of course President Trump has been repeatedly telling us that this is "the greatest economy in the history of our country", but now he is loudly calling for the Federal Reserve to cut interest rates as well.

Something doesn't seem to add up here. If the U.S. economy really was "booming", there is no way that the Fed should cut interest rates. Right now interest rates are already low by historical standards, and theoretically it is during the "boom" times that interest rates should be normalized.

But if the U.S. economy is actually slowing down and heading into a recession, then a rate cut would make perfect sense. And if that is the reality of what we are facing, then the economic optimists have been proven dead wrong, and people like me that have been warning of an economic slowdown (growth slowing is the sign recession is next) have been proven right.

### GLOBAL ECONOMY

# Global Trade Collapsing Growth Declines to Depression Levels

 REUTERS

"The world economy has been in a significant slowdown," said James Bevan, chief investment officer at CCLA Investment Management. "People just have to wake up and look at the trade data."

"Just as tentative signs appeared that a market recovery is taking hold, global growth and trade were already suffering, confirmed most recently by last night's dismal China economic data, which showed industrial output, retail sales and investment all sliding in April by more than economists forecast," said Morgan Stanley's chief economist, Chetan Ahya.

The best way to visualize just how serious the threat to global flow of trade, and the world economy in general, below is a chart on the year-over-year changes in global trade as measured by the IMF's Direction of Trade Statistics, courtesy of BMO's Ian Lyngern. It shows the absolute collapse in global exports as broken down into three categories:

- Exports to the world (weakest since 2009),

- Exports to advances economies (also lowest since 2009), and

- Exports to the European Union (challenging 2009 lows).

<u>In short, even before the latest round of trade escalation, global trade had tumbled to levels last seen during the financial crisis depression.</u>



**Global Trade YoY**
Advanced Economies Trade Direction Statistics

—Exports to World—Exports to EU—Exports to Advanced Economies

Source: BMO CM & Macrobond

**MARKETS**

# Morgan Stanley Says U.S. Yield Curve Now Clearly Spells Downturn

BY *ANCHALEE WORRACHATE* MAY 29, 2019, 5:46 AM PDT



**KEY POINTS**

- **This warning has preceded all Recessions since World War Two, it indicates there's a five-month period of time historically before the stock market and economy reverse fortunes**

- Bank's adjusted metric has been inverted since December 2018

# A Morgan Stanley Economic Indicator Just Suffered a Record Collapse

PUBLISHED THU, JUN 13 2019 2:01 PM EDTUPDATED FRI, JUN 14 2019  7:13 AM EDT



**KEY POINTS**

- The Morgan Stanley Business Conditions Index fell by 32 points in June, to a level of 13 from a level of 45 in May. This drop is the largest one-month decline on record.

- "The decline shows a sharp deterioration in sentiment this month that was broad-based across sectors," economist Ellen Zentner said in a note to clients on Thursday.

- Every sub-index of the Business Conditions Composite fell in June, except for the credit condition category, which "is consistent with the recent easing in broad financial conditions," Zentner said.

ECONOMICS

# Record Drop in Morgan Stanley Gauge Sounds Economic Alarm

BY *JUSTINA LEE* M JUNE 14, 2019, 3:15 AM PDT UPDATED ON JUNE 14, 2019, 6:14 AM PDT



- "The decline shows a sharp deterioration in sentiment this month that was broad-based across sectors," they said. "The MSBCI Manufacturing Index fell dramatically to zero, while marking the lowest level ever recorded on record."

**Morgan Stanley's conclusions dovetail with recent data from job growth to inflation that all point to a cooling American economy**

**An inversion by that measure has signaled the nine last recessions since 1955.**

# Entire US Curve Inverts As 30Y Yield Drops Below Effective Funds Rate

Market**W**atch

THE WALL STREET JOURNAL.

Wed, 08/07/2019 - 10:05

**We have a bingo.**

With yields crashing across the world after the overnight panic by three central banks to cut rates more than expected, it was only a matter of time before the 30Y tumbled below the effective Fed Funds Rate, which most recently was at 2.13%.

That happened moments ago when he 30Y tumbled as low as 2.12%, 1 basis point below the EFF, and in the process inverting the entire US yield curve indicating investors will next suffer the coming recession.

# Stocks - Wall Street Tumbles After Brief Yield Curve Inversion

**Investing**.com**Forex**1 hour ago (Aug 14, 2019 10:04AM ET)

Investing.com – Wall Street slumped on Wednesday after the yield curve on the 2-year and 10-year Treasury note inverted for the first time since 2007, increasing fears of a recession.

# Recession Countdown Begins: Treasury 2s10s Yield Curve Inverts for First Time in 12 Years; 30Y Yield Drops to All Time Low

 **CNBC**

Wed, 08/14/2019 - 06:46

While many have noted the inversion of the 3m-10Y segment of the US Treasury curve, mainstream investors appear more focused on the spread between 2Y and 10Y yields... and that has just inverted for the first time since May 2007.

The spread between 3m and 10Y yields has been inverted since mid-May and reached its most inverted since April 2007 this morning...



*Source: Bloomberg*

**But now, the 2Y-10Y spread has collapsed into inversion…**



*source: Bloomberg*

**For the first time since May 2007…**



**All major segments of the curve are now inverted**



*source: Bloomberg*

With 30Y below the EFF...this means the rate the Federal Reserve has set, 2.25% is higher than the 30yr bond yield



*source: Bloomberg*

**And 30Y at record low yield at 2.05%, down 10bps overnight…**



*source: Bloomberg*

**The strongest recessionary signal yet, and equity markets appear to be waking up what this all means…**



*Source: Bloomberg*

**And here is Bloomberg showing how the yield curve inverted in 1989, in 2000 and in 2006, with recessions prompting starting in 1990, 2001 and 2008. This time won't be different.**



**Inversion Ahead of the Storm**

Treasury term spreads for different maturities

Three-month vs 10-year   Two-year vs 10-year

Source: Federal Reserve Bank of St. Louis

Bloomberg Opinion

Critically, as Jim Grant noted recently, the spread between the 10-year and three-month yields is an important indicator, James Bianco, president and eponym of Bianco Research LLC notes today. On ten occasions over the past 50 years when the three-month yield exceeded that of the 10-year, economic recession followed, commencing an average of 158 days after the initial signal.

The power of the term spread to predict or anticipate economic recessions needs to be respected, but there are several new domestic and global factors that are present today, suggesting that the signaling effect from changes in the Treasury yield curve directly to the economy's future performance might not be as robust as it was past periods.

# If You Understood What This Means, You'd Be Buying Gold as Fast as You Can

**BARRON'S**

Tue, 07/30/2019 - 13:30

Gold has risen to six-year highs in recent weeks as the Federal Reserve has pivoted back toward an easy-money monetary policy. Markets widely anticipate a Federal Reserve interest rate cut this week and the economy appears to be slowing.

Peter Schiff recently appeared on RT Boom Bust to explain why he believes **this is the beginning of a much bigger long-term rise in the price of gold. And it's not just because the Fed is cutting rates.**

*In fact, **they are going to cut rates next week and this is going to be the first step on the road back to zero. And the Fed is also going to return to quantitative easing.***

*But we just found out that Donald Trump is cutting a deal with a Democrats to basically throw out any progress Republicans made back in 2011, thanks to efforts of the Tea Party, to at least try to rein in the increase in government spending. So, they're throwing caution to the wind.*

***We are going to see deficits going through the roof over the next several years, and that's even without the recession, which I believe is coming and which is going to make them much, much worse.***"

***All of this is very bullish for gold... If you understood what all of this means, you would be buying gold as fast as you can.***"

The host asked Peter where he sees the price going in the near future. He said he doesn't see much resistance in the price of gold until you get up around $1,800 or $1,900 – the vicinity of the 2011 highs. Peter pointed out that gold came off that peak just as Congress was taking some steps to rein in deficit spending.

***Well, now that we've eliminated those steps, it makes sense that gold would break out.***"

**Peter said given the conditions, he doesn't think we will even see a whole lot of resistance at $1,900 and that he thinks the price of gold will shoot past those 2011 highs.**

Peter was also asked about Fed board nominee Judy Shelton's support for the gold standard while simultaneously calling for a rate cut.

Peter said that would be a good thing because that's what the economy needs.

*We don't have enough savings. We don't have enough capital investment. We have too much borrowing on all levels. And that's because the Fed has held interest rates artificially low. So, if the Fed can no longer do that, then rates are going to rise, at least in the short run.*"

Peter said that in the long run, we would get lower interest rates because we would have sounder money, less inflation and higher savings.

*But the government has been able to manipulate interest rates artificially lower to boost the GDP, to prop up the stock market and other asset bubbles. **But all of that is going to blow up and interest rates are going to go sky-high**.*"

# March 2019: Yield Curve Inverts for The First Time Since 2007- Recession Countdown Begins

Fri, 03/22/2019 - 11:40

**Update**: The most reliable recession indicator for the market and economy just inverted for the first time since 2007. **The 3-month to 10-year curve inversion has preceded every recession in the last 50 years**



# Stocks - Wall Street Declines on Global Growth, Yield Curve Concerns

Investing.com Stock Markets (Mar 22, 2019 10:05AM ET)

The yield curve for the U.S. 3-Month Treasury and the U.S. 10-Year inverted for the first time since 2007, Bloomberg reported. Yield curve inversions, when the

yields of shorter-dated bonds rise above those of longer-dated bonds, have often been pointed to as indicators of a recession.

# The Most Worrisome Indicator Warning of Recession Triggered in December

**Inversions are troublesome for the signal its showing, major money flowing to safety either from the stock market to bonds or from bonds to safe haven assets like gold. It is a sign of no return to bull market conditions.**

**Yield curve inversions are seen as precursors of a recession. An inversion of the two-year and 10-year yields has preceded each U.S. recession in the past 50 years.**

There has never been a yield curve inversion in the middle of a rally, there has never been a recession without this occurring and Recession has always promptly followed once this inversion occurs. The last time an inversion occurred was September 2007. The FED cut rates in November 2007. This is what followed.

The "Great Recession" - Dow Jones Industrial Average



Jun 2007                                                        Feb 2009

23

# These New Numbers Prove the Global Economic Slowdown is Far More Advanced Than We Thought

zeroHedge | Tue, 01/15/2019

**We continue to get more confirmation that the global economy is slowing down substantially.**

**On Monday, it was China's turn to surprise analysts, and the numbers that they just released are absolutely stunning.  When Chinese imports and exports are both expanding, that is a clear sign that the global economy is running on all cylinders, but when both of them are contracting that is an indication that huge trouble is ahead.  And the experts were certainly anticipating substantial increases in both categories in December, but instead there were huge declines.  There is no possible way to spin these numbers to make them look good…**

*Data from China showed imports fell 7.6 percent year-on-year in December while analysts had predicted a 5-percent rise. Exports dropped 4.4 percent, confounding expectations for a 3-percent gain.*

China now accounts for more total global trade than the United States does, and the fact that the numbers for the global economy's number one trade hub are falling this dramatically is a major warning sign.

## China 2018 GDP Growth Slows to Weakest In 28 Years

Sun, 01/20/2019

**Update**: China's annual GDP growth in 2018 was 6.6% - that is the weakest annual GDP growth since 1990…



China Annual GDP Growth (%)

*China Peaked in 2008*

It isn't just China that is experiencing trouble. In fact, we just witnessed the worst industrial output numbers in Europe <u>"in nearly thirteen years"</u>… *Softening demand has been felt around the world, with sales of goods ranging from iPhones to automobiles slowing, prompting profit warnings from Apple among others.*

**Those are horrific numbers, and they are very reminiscent of what we witnessed back in 2008.**

But the economic environment that is ahead will be much worse than any of the minor recessions that the U.S. has experienced in the past, and that means things are going to be extremely tough for our retirees.

# Why is Debt So Damn Scary?

Because when growth slows, it becomes unsustainable and bankruptcies skyrocket. Corporate bankruptcies cause banks to no longer receive payments on debt and they collapse. In the 2008 timeframe the corporate debt sector as $6 trillion in size and today it is $62 trillion. That means there is an enormously higher likelihood of banks busting than there was in 2008. Banks generally survive with up to 3% of their loans going unpaid, past that they fail. At the height of 2008/09 5.6% of loans failed in the U.S. with 1300 banks teetering on bankruptcy. That is from a $6 trillion sector and today that's a $62 trillion.

## PART TWO

# IS *YOUR* MONEY, ACTUALLY *YOUR* FINANCIAL PROPERTY – INSIDE A FINANCIAL INSTITUTION?

…Or is it their financial property, owed to you as a liability?

Now realize this before you read below so you understand why it's the way it is described below, your new relationship with the financial sector since 2010.
Before you look at the implosion of the banking system in 2008 we must look at the decades preceding, go back to Carter, tough times economically speaking, although I'd really love to get 18% on my savings each year. But then came in Reagan, Reagan-omics he turned things around financially, then Clinton. During Clinton time in the White House the Fed had revenue surpluses three of his eight years, the economy was humming. Then Bush. Twenty-four incredible years financially speaking before the banks needed $16,000,000,000,000- just the top fifteen and seven outside the U.S.

Yes, our Fed bailed out banks outside the U.S. so let that sink in as that has never happened before nor is there any Constitutional provisions for that, the global banking system had failed in a terminal way and to save it required massive and immediate action. How is that possible? How do banks need so much cash after all those great decades of growth?

What have the last ten years been like? Nothing like the years preceding 2008.

Dodd-Frank was the reaction to the wakeup call the world got on just how bad, if not stupid, the banks squandered those robust years and that in the future crisis to come they would need to be bailed out again however from money that already exists, not printed by the Fed. Where does money already exist in the financial system?

## DODD-FRANK FEDERAL LAW
## The Bail-In: How You and Your Money Will Be Parted During the Next Banking Crisis

By John Lawrence

There will be no more taxpayer bailouts. Going forward a "bail-in" for the Big Wall Street banks. That much has been established by the lobbied to death Dodd-Frank banking reform bill.

However, instead of taking money from the government (taxpayers), the principal has been established that the next source of money for profligate banks will be your deposit accounts. That's right, the money to stabilize the banking sector during the next crisis will come out of your savings and checking accounts.

**The 2010 Wall Street Reform and Consumer Protection Act (the Dodd-Frank Act). According to LaRouchePAC and EIR sources reveal namely, Title II of the Act to establish an Orderly Liquidation Authority, vests the FDIC with the authority to conduct a bail-in.**

The preamble to the Dodd-Frank Act claims "to protect the American taxpayer by ending bailouts." This is done, however, through bail-in, a critical feature of the internationally established regime of what is called cross-border bank resolution.

Bail-in, in its simplest terms, is the inverse policy of what was done under Franklin D. Roosevelt's Glass-Steagall Act and the 1933 Banking Act generally. Under bail-in the bank survives, the depositors do not. As is stated in an IMF review of the policy from April 2012, **"The statutory bail-in power is intended to achieve a prompt recapitalization and restructuring of the distressed institution."** In the case of resolving a distressed globally active, systemically important, financial institution (GSIFI), bank creditors, specifically account holders within any financial firm, will be subject to expropriation.

This is not normal bankruptcy. Accounts and assets are seized and/or converted to stock under the resolution authority. The institution is prevented from failing. Values of securities are not written down through sale on the open market. And this is done to guarantee the continued operation of the financial institution and the "stability" of the financial system.

How can they do this, you ask?

Simple. When you deposit money in a checking or savings account, investment account, 401k's or IRA's, that money no longer belongs to you. Technically and legally, it becomes the property of the bank, you have created a "liability" with the firm. As far as the law is concerned, it's an unsecured debt.

# International Monetary Fund



**IMF STAFF DISCUSSION NOTE**

April 24, 2012

SDN/12/03

**From Bail-out to Bail-in: Mandatory Debt Restructuring of Systemic Financial Institutions**

Jianping Zhou, Virginia Rutledge, Wouter Bossu, Marc Dobler, Nadege Jassaud, and Michael Moore

## II. STATUTORY BAIL-IN: CONCEPT AND ECONOMIC RATIONALE

### A. What Is Bail-in?

Bail-in is a statutory power to restructure the liabilities of a distressed SIFI (Systemically Important Financial Institution) by converting and/or writing down unsecured debt on a "going concern basis." In bail-in, the concerned SIFI remains open and its existence as an ongoing legal entity is maintained. The idea is to eliminate insolvency risk by restoring a distressed financial institution to viability through the restructuring of its liabilities and without having to inject public funds (except for the provision of liquidity support as a backstop). This would require restoring capital to a level over and above regulatory requirements to ensure the institution's survival, including under stressed assumptions. It could be achieved either by converting liabilities / existing debt to equity of the institution as part of the debt restructuring or by injecting capital brought in by new shareholders, or by a combination of the two. The aim is to have a private- sector solution as an alternative to government-funded rescues of SIFIs.

## SIMPLY ASK YOURSELF THIS QUESTION; "WHERE DO I WANT MY SAVINGS LOCATED DURING THE NEXT FINANCIAL CRISIS?"

**IN SUMMARY**

**Look at the table below of the top banks around the world needing extreme bailout and how it cost our Fed $16 trillion. To understand a trillion, in seconds, it equals 31,008 years.**

**LIST OF BAILED OUT BANKS:**

The list of institutions that received the most money from the Federal Reserve found on page 131 of the GAO Audit and are as follows...

- Citigroup: $2.5 trillion                                      ($2,500,000,000,000)
- Morgan Stanley: $2.04 trillion                        ($2,040,000,000,000)
- Merrill Lynch: $1.949 trillion                          ($1,949,000,000,000)
- Bank of America: $1.344 trillion                      ($1,344,000,000,000)
- Barclays PLC (United Kingdom): $868 billion    ($868,000,000,000)
- Bear Sterns: $853 billion                                ($853,000,000,000)
- Goldman Sachs: $814 billion                           ($814,000,000,000)
- Royal Bank of Scotland (UK): $541 billion        ($541,000,000,000)
- JP Morgan Chase: $391 billion                        ($391,000,000,000)
- Deutsche Bank (Germany): $354 billion            ($354,000,000,000)
- UBS (Switzerland): $287 billion                       ($287,000,000,000)
- Credit Suisse (Switzerland): $262 billion          ($262,000,000,000)
- Lehman Brothers: $183 billion                         ($183,000,000,000)
- Bank of Scotland (United Kingdom): $181 billion ($181,000,000,000)
- BNP Paribas (France): $175 billion                   ($175,000,000,000)

**Sources:** US Government Accountability Office (GAO) FULL PDF on GAO server.

**An excerpt directly from the Government Accounting Office retrieval of records from the Federal Reserve:**

Table 8: Institutions with Largest Total Transaction Amounts (Not Term-Adjusted) across Broad-Based Emergency Programs (Borrowing Aggregated by Parent Company and Includes Sponsored ABCP Conduits), December 1, 2007 through July 21, 2010

Dollar in billions

| Borrowing Parent Company | TAF | PDCF | TSLF | CPFF | Subtotal | AMLF | TALF | Total loans |
|---|---|---|---|---|---|---|---|---|
| Citigroup Inc. | $110 | $2,020 | $348 | $33 | $2,511 | $1 | - | $ 2,513 |
| Morgan Stanley | - | 1,913 | 115 | 4 | 2,032 | - | 9 | 2,041 |
| Merrill Lynch & Co. | 0 | 1,775 | 166 | 8 | 1,949 | - | - | 1,949 |
| Bank of America Corporation | 280 | 947 | 101 | 15 | 1,342 | 2 | - | 1,344 |
| Barclays PLC (United Kingdom) | 232 | 410 | 187 | 39 | 868 | - | - | 868 |
| Bear Stearns Companies, Inc. | - | 851 | 2 | - | 853 | - | - | 853 |
| Goldman Sachs Group Inc. | - | 589 | 225 | 0 | 814 | - | - | 814 |
| Royal Bank of Scotland Group PLC (United Kingdom) | 212 | - | 291 | 39 | 541 | - | - | 541 |
| Deutsche Bank AG (Germany) | 77 | 1 | 277 | - | 354 | - | - | 354 |
| UBS AG (Switzerland) | 56 | 35 | 122 | 75 | 287 | - | - | 287 |
| JP Morgan Chase & Co. | 99 | 112 | 68 | - | 279 | 111 | - | 391 |
| Credit Suisse Group AG (Switzerland) | 0 | 2 | 261 | - | 262 | 0 | - | 262 |
| Lehman Brothers Holdings Inc. | - | 83 | 99 | - | 183 | - | - | 183 |
| Bank of Scotland PLC (United Kingdom) | 181 | - | - | - | 181 | - | - | 181 |
| BNP Paribas SA (France) | 64 | 66 | 41 | 3 | 175 | - | - | 175 |
| Wells Fargo & Co. | 159 | - | - | - | 159 | - | - | 159 |
| Dexia SA (Belgium) | 105 | - | - | 53 | 159 | - | - | 159 |
| Wachovia Corporation | 142 | - | - | - | 142 | - | - | 142 |
| Dresdner Bank AG (Germany) | 123 | 0 | 1 | 10 | 135 | - | - | 135 |
| Societe Generale SA (France) | 124 | - | - | - | 124 | - | - | 124 |
| All other borrowers | 1,854 | 146 | 14 | 460 | 2,475 | 103 | 62 | 2,639 |
| Total | $3,818 | $8,951 | $2,319 | $738 | $15,826 | $217 | $71 | $16,115 |

Source: GAO analysis of Federal Reserve System data.

"If all of history's warning signs are flashing we are in the throat of a recession now, and banks needed trillions to stay in business in 2008 after absolutely fabulous financial times, and now they would be bailed-into using account holders money instead of printed money by the Fed, why would I maintain keeping funds where they are now trusted to banks or financial advisory firms instead of gold and silver in your account inside a private vault?