# EXHIBIT E



**THE HARTFORD GOLD GROUP**

| Spot Prices | 10/14/2019 11:04 am PDT |
|---|---|
| Gold | $1,494.05 |
| Silver | $17.74 |
| Platinum | $897.00 |

# INVOICE

Date: 10/14/2019
CLIENT ID: 232180

### Billing Address

| | |
|---|---|
| Name | John Mathys |
| Company Name | |
| Address | 2064 W. Pratt Blvd |
| City | Chicago |
| State | IL |
| Zip Code | 60645 |
| Phone | (630) 592-4267 |
| Email | jnmathys@sbcglobal.net |

### Shipping Address

| | |
|---|---|
| Name | John Mathys |
| Company Name | DDSC |
| Address | 3601 N. Market St |
| City | Wilmington |
| State | DE |
| Zip Code | 19802 |
| Phone | (630) 592-4267 |
| Email | jnmathys@sbcglobal.net |

| AE | Batch 1 | Batch 2 | Batch 3 | Payment Method | IRA Account # |
|---|---|---|---|---|---|
| Paul Stone | 224 | 252 | | Check | TBD |

| Quantity | Description | Unit Price | Line Total |
|---|---|---|---|
| 8 | *Silver Canadian Buffalo 1.25-oz Box of 400 | $17,367.74 | $138,941.92 |
| 5 | *Gold Canadian Buffalo 0.25-oz Sheet of 20 | $13,922.16 | $69,610.80 |
| 94 | Silver Canadian Polar Bear & Cub 1.5-oz 2015 | $30.44 | $2,861.36 |
| 1 | Silver Canadian Polar Bear & Cub 1.5-oz 2015 | $24.60 | $24.60 |
| | | Subtotal | $211,438.68 |
| | | Delivery | $0.00 |
| | | Total | $211,438.68 |

Notes: *603,381.18* (handwritten)

**PERSONAL STORAGE ACCOUNT NEEDED AT DDSC**

Terms:

Shipping Info: Orders generally ship within 7-14 business days after receipt of funds. Funding via personal or bank check can add an additional 7 days. A tracking number will be provided via email once your order has shipped.

Shipping Agreement: Our shipping agreement will be emailed to you via E-Sign Live with step by step instructions.

*Thank you for your business!*

The Hartford Gold Group | 11900 West Olympic Blvd. 7th Floor, Los Angeles, CA 90064 | Phone (800)462-0071 | Fax (310)317-7233