```
```
# EXHIBIT J



| | | |
|---|---|---|
| Spot Prices | 10/29/2019 12:59 pm PDT | |
| Gold | $1,489.41 | |
| Silver | $17.84 | |
| Platinum | $925.22 | |

# INVOICE

Date: 10/29/2019
CLIENT ID: 232180

## Billing Address

| Field | Value |
|---|---|
| Name | John Mathys |
| Company Name | |
| Address | 2064 W. Pratt Blvd |
| City | Chicago |
| State | IL |
| Zip Code | 60645 |
| Phone | (630) 5924267 |
| Email | jnmathys@sbcglobal.net |

## Shipping Address

| Field | Value |
|---|---|
| Name | John Mathys |
| Company Name | DDSC |
| Address | 3601 N. Market St |
| City | Wilmington |
| State | DE |
| Zip Code | 19802 |
| Phone | (630) 5924267 |
| Email | jnmathys@sbcglobal.net |

| AE | Batch 1 | Batch 2 | Batch 3 | Payment Method | IRA Account # |
|---|---|---|---|---|---|
| Paul Stone | 224 | 252 | | IRA | Equity Inst 200393605 |

| Quantity | Description | Unit Price | Line Total |
|---|---|---|---|
| 66 | Gold Canadian Gyrfalcon .25 oz 2016 | $433.78 | $28,629.48 |
| 42 | Gold Rose Crown Guinea .25-oz | $684.68 | $28,756.56 |
| 42 | *Gold Canadian Buffalo 0.25-oz | $693.95 | $29,145.90 |
| 7 | *Silver Canadian Buffalo 1.25-oz Box of 400 | $17,455.06 | $122,185.42 |
| 1807 | Silver Rose Crown Guinea 1.25-oz | $42.87 | $77,466.09 |
| 1 | Silver Rose Crown Guinea 1.25-oz | $2.84 | $2.84 |
| | | Subtotal | $286,186.29 |
| | | Delivery | $0.00 |
| | | Total | $286,186.29 |

*609,000* (handwritten)

Terms:

Shipping Info: Orders generally ship within 7-14 business days after receipt of funds. Funding via personal or bank check can add an additional 7 days. A tracking number will be provided via email once your order has shipped.

Shipping Agreement: Our shipping agreement will be emailed to you via E-Sign Live with step by step instructions.

Thank you for your business!

The Hartford Gold Group | 11900 West Olympic Blvd. 7th Floor, Los Angeles, CA 90064 | Phone (800)462-0071 | Fax (310)317-7233