**DECLARATION OF DAVID WOLAN**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN MATHYS,<br><br>        Plaintiff,<br><br>v.<br><br>THE HARTFORD GOLD GROUP, LLC;<br><br>DAVID WOLAN,<br><br>        Defendants. | Case No. 20-cv-03927<br><br>Honorable Charles P. Kocoras |

### DECLARATION OF DAVID WOLAN

I, David Wolan, declare under penalty of perjury as follows:

1. I respectfully submit this declaration in support of my, and Defendant The Hartford Gold Group, LLC's ("HGG") Motion to Compel Arbitration, and to Dismiss or Stay Proceedings. I have personal and firsthand knowledge of the facts stated in this declaration and if called upon, would competently testify thereto.

2. At all times relevant to this action, I was an employee of HGG, with the title Senior Director. Plaintiff John Mathys ("Mathys") never disclosed to me, nor was it apparent to me through my dealings with him, that he has experienced cognitive decline. In fact, my impression of Mathys was that he was very intelligent with a sharp mind.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this July 27, 2020 at Los Angeles, California.

                                                                            DAVID WOLAN

1