# DECLARATION OF PAUL STONE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN MATHYS, <br><br> Plaintiff, <br><br> v. <br><br> THE HARTFORD GOLD GROUP, LLC; <br><br> DAVID WOLAN, <br><br> Defendants. | Case No. 20-cv-03927 <br><br> Honorable Charles P. Kocoras |

### DECLARATION OF PAUL STONE

I, Paul Stone, declare under penalty of perjury as follows:

1. I respectfully submit this declaration in support of Defendants The Hartford Gold Group, LLC's ("HGG") and David Wolan's Motion to Compel Arbitration, and to Dismiss or Stay Proceedings. I have personal and firsthand knowledge of the facts stated in this declaration and if called upon, would competently testify thereto.

2. I have worked for HGG from June 2016 through December 2018, and from February 2019 through the present. My title is Senior Director. Plaintiff John Mathys never disclosed to me that he was experiencing cognitive decline, nor did he ever exhibit any cognitive decline in any of my conversations with him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this July __, 2020 at Los Angeles, California.

PAUL STONE

1