# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

JOHN MATHYS, ,

Plaintiff(s),

v.

THE HARTFORD GOLD GROUP, LLC d/b/a
AMERICAN HARTFORD GOLD GROUP and
DAVID WOLAN, ,

Defendant(s).

Case No. 20 C 3927

Judge

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

    which ☐ includes          pre–judgment interest.
    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court grants Defendants' motion to compel arbitration (Dkt. # 13). Mathys is ordered to proceed with his claims in arbitration.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion to compel.

Date: 12/7/2020                                                   Thomas G. Bruton, Clerk of Court

Vettina Franklin , Deputy Clerk